IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 1:17-cv-1410-LPS-CJB |
| v. | ) |
| | ) |
| HP INC., | ) |
|     Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to answer, move, or otherwise respond to the Complaint be extended up to and including January 15, 2018. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint and consider an appropriate response. No party will be prejudiced by this extension.

Dated:  November 29, 2017                STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Of Counsel*:

Jeffrey G. Toler
Craig S. Jepson
Benjamin R. Johnson
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201

Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com
cjepson@tlgiplaw.com
bjohnson@tlgiplaw.com

*Attorneys for Plaintiff*
*Diversified Observation LLC*

**SO ORDERED**, this _____ day of _____, 2017.

_____
Judge - United States District Court